1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  (916) 554-2700



FILED
JUL 23 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING:<br><br>3390 Penryn Road, Loomis, CA<br><br>808 Trimble Drive, Roseville, CA | 2:13-SW-0472  KJN<br><br>**SEALING ORDER**<br><br><u>UNDER SEAL</u> |

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matters be, and are, hereby ordered sealed until further order of this Court.

DATED: July 23, 2013

_____
Hon. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE